**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00139-CV**
_____

**FLUOR ENTERPRISES, INC., Appellant**

**V.**

**KEVIN GOATS, LORI GOATS AND AFSHIN "SEAN" FARSHAD, Appellees**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-198,294**

**ORDER**

Fluor Enterprises, Inc., appellant, and Kevin Goats, Lori Goats and Afshin "Sean" Farshad, appellees, jointly filed an agreed order to abate this accelerated appeal and remand the case to the trial court for further proceedings to effectuate the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(C).

We grant the parties' motion and abate the appeal until July 27, 2018. *See* Tex. R. App. P. 42.1(a)(2)(C). If a settlement has been finalized by that date, the parties

1

are instructed to file a motion to reinstate and to dismiss the accelerated appeal in accordance with their settlement agreement. If the parties have not finalized a settlement by that date, they are instructed to file a report informing this Court about the status of the appeal and requesting an extension of the abatement.

Our Order of April 18, 2018, which stayed all further trial court proceedings, is lifted for the purpose of conducting further proceedings in the trial court to effectuate the parties' settlement agreement.

ORDER ENTERED June 27, 2018.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.